IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| JIMMY LaDON GOLDEN, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 7:10-cv-115 (HL) |
| COLQUITT COUNTY SHERIFF'S OFFICE, Sgt. JEFF FAIRCLOTH, ALEX HAMPTON, JUSTIN SERCEY, ANITA STEWART, and JUDY MEADOWS | : | |
| Defendants. | : | |

## ORDER

Before the Court is the Recommendation (Doc. 8) entered on October 21, 2010, of United States Magistrate Judge Thomas Q. Langstaff, in which the Magistrate Judge recommends that Plaintiff's claims against the Colquitt County Sheriff's Office be dismissed from this action.

The Plaintiff has not filed an objection to the Recommendation, as permitted by 28 U.S.C. § 636(b)(1). The Court has reviewed the Recommendation and finds no clear error in the Magistrate Judge's decision. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Colquitt County Sheriff's Office is dismissed from this action. The case shall go forward against the remaining Defendants.

**SO ORDERED**, this the 19th day of November, 2010.

*s/   Hugh Lawson*
　　　　　　　　　　　　　　　　　　　　　　　**HUGH LAWSON, SENIOR JUDGE**

lmc